IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SEAN BARTLETT and
STEPHANIE VELASQUEZ,
as parents and next friends of
Devon Bartlett, a minor,

        Plaintiffs,

  vs.                                   No. CIV 08-43 MV/LFG

ALBUQUERQUE POLICE
DEPARTMENT, et al.,

        Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION
## AND DISMISSING ACTION WITHOUT PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Report and Recommendation Re: Dismissal of Case, filed December 15, 2008 [Doc. 23]. Plaintiffs did not file objections, and the deadline for filing objections has passed. The Court accepts the report and recommendation of dismissal and concludes that Plaintiffs have abandoned the claims in this matter and do not wish to proceed with the litigation.

IT IS HEREBY ORDERED that the Report and Recommendation Re: Dismissal of Case of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Plaintiffs' attorney's motion to withdraw as counsel [Doc. 18] is DENIED as moot.

IT IS FURTHER ORDERED that Plaintiffs' complaint [Doc. 1, attachment] is DISMISSED, without prejudice, for lack of prosecution.

_____
UNITED STATES DISTRICT JUDGE